IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHNSON MEDICAL ASSOCIATES, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 3:15-CV-00638-M |
| | § | |
| STATE FARM LLOYDS, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## JUDGMENT

For the reasons stated in the Memorandum Opinion and Order filed August 27, 2015, Plaintiff's claims and causes of action are dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(b), for want of prosecution. All costs of court are taxed against Plaintiff.

**SO ORDERED.**

August 27, 2015.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS

1